# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Frankie Mack, | ) | C.A. No.: 8:17-cv-00590-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR EXTENSION OF TIME** |
| | ) | |
| Wal-Mart Stores, Inc., Associates Health and Welfare Plan, | ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant hereby jointly move for an extension of the deadlines set forth in the court's specialized case management order. In this case, Plaintiff seeks a declaration of entitlement to short term disability benefits pursuant to ERISA 29 U.S.C.S. § 1132(a)(1)(B). The parties wish to try and settle the case. The parties would like to explore that option prior to mediation. Accordingly, the parties respectfully request that the court extend the deadline to mediate to September 1, 2017 and to file memoranda and a joint stipulation in the matter *sub judice* to October 1, 2017. The parties have prepared a consent order which they will e-mail to the court. The parties are prepared to take any other action that the court may desire regarding this matter.

**I SO MOVE,**

s/ M. Leila Louzri
M. Leila Louzri, Esq.
Federal Bar #: 12007
**FOSTER LAW FIRM, L.L.C.**
Post Office Box 2123
Greenville, South Carolina 29602
(864) 242-6200
(864) 233-0290 (facsimile)
E-mail: llouzri@fosterfoster.com

Attorneys for Plaintiff

**WE SO CONSENT,**

<u>s/Thomas A. Smith</u>
Thomas A. Smith, Esq.
Federal Bar No.: 11880
The Law Offices of Thomas A. Smith
164 Market Street #378
Charleston, South Carolina 29401
**ATTORNEYS FOR DEFENDANT**

Dated: August 7, 2017