IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Frankie Mack, | ) | C.A. No: 8:17-cv-00590-MGL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Wal-Mart Stores Inc Associates' Health and Welfare Plan, | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to September 1, 2017. The parties' current mediation deadline was June 5, 2017. The parties have advised the court that they would like to explore settlement at or before mediation before preparing a joint stipulation. Accordingly, the parties have asked for the deadline to mediate be moved to September 1, 2017 and to file memoranda and a joint stipulation in the matter *sub judice* to October 1, 2017. For good cause shown, the court does believe that an extension of time within which to mediate, file memoranda and file a joint stipulation pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to September 1, 2017 and to file memoranda and a joint stipulation in the matter *sub judice* to October 1, 2017.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by September 1, 2017 and to file memoranda and to file a joint stipulation pursuant to the court's specialized case management order in the

matter *sub judice* is hereby extended until October 1, 2017.  In all other regards, the parties

shall comply with the specialized case management order.

**AND, IT IS SO ORDERED.**

                                                    s/Mary Geiger Lewis
                                             The Honorable Mary Geiger Lewis
                                             United States District Judge

August 8, 2017
Columbia, South Carolina