## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Frankie Mack, | ) | C.A. No.: 8:17-cv-00590-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Wal-Mart Stores, Inc., Associates Health and Welfare Plan, | ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a *Rubin* order. As soon as the closing papers have been properly executed, the parties will forward them over to the court.

                                          s/ M. Leila Louzri
                                          M. Leila Louzri, Esq.
                                          Federal Bar #: 12007
                                          **FOSTER LAW FIRM, LLC**
                                          PO Box 2123
                                          Greenville, SC 29602
                                          (864) 242-6200
                                          (864) 233-0290 (facsimile)
                                          E-mail: llouzri@fosterfoster.com

Date: August 29, 2017                      Attorneys for Plaintiff